UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/27/2026___
```

ARIFUL ISLAM,

                              Plaintiff,

            -against-                                    26-CV-03288 (MMG)

CITIBANK, N.A., et al.,                                 **ORDER OF DISMISSAL**

                              Defendants.

MARGARET M. GARNETT, United States District Judge:

      Having been advised that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle on all claims between them, *see* Dkt. No. 17, it is hereby ORDERED that the claims solely between Plaintiff and Experian are DISMISSED and discontinued without costs, and without prejudice to the right to reopen those claims **within 60 days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any deadlines and dates that pertain to Experian are moot. The Clerk of Court is respectfully directed to terminate Defendant Experian from this action.

Dated: May 27, 2026
      New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge