UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/3/2026___

ARIFUL ISLAM,

                            Plaintiff,

            -against-

CITIBANK, N.A., et al.,

                            Defendants.

26-CV-03288 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

    Having been advised that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in principle on all claims between them, *see* Dkt. No. 22, it is hereby ORDERED that the claims between Plaintiff and Equifax are DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 60 days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any deadlines and dates that pertain to Equifax are moot. The Clerk of Court is respectfully directed to CLOSE this case.

Dated: June 3, 2026
    New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge